Peter Strojnik (Sr.),
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ps@strojnik.com

**RECEIVED**
CLERK. U.S. DISTRICT COURT
APR 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
APR 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**PAID**
APR 18 2019
Clerk, US District Court
COURT 4612

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case No. **CV19-02991-ODW-JEM**

Peter Strojnik (Sr.),

Plaintiff,

vs.

Four Sisters Inns, Inc dba Channel Road Inn

Defendant.

**VERIFIED COMPLAINT**

1. **Americans with Disabilities Act**
2. **Discrimination in Public Accommodations (State Law)**
3. **Negligence**

**JURY TRIAL REQUESTED**

No CV-30

1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42 U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department of Justice Standards for Accessible Design ("ADA"), (2) California Unruh Civil Rights Act, California Civil Code § 51, 52 ("Unruh") (3) the California Disabled Persons Act ("DPA") and (4) common law of negligence per se.

**PARTIES**

2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA and DPA.

3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is and, at all times relevant hereto has been, legally disabled by virtue of a severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer and renal cancer, degenerative right knee and is therefore a member of a protected class under the ADA and Unruh.

4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities. Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5. Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 95065 219 West Channell Road Santa Monica CA 90402 which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A) and Unruh.

## JURISDICTION

6. District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

7. Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C.12188 and 28 CFR §36.501.

8. This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

9. Venue is proper pursuant to 28 U.S.C. § 1391.

10. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

11. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA or State Law compliant as such compliance relates to Plaintiff's disability.

12. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a plaintiff who is deterred from patronizing a hotel suffers the ongoing actual injury of lack of access to the Hotel.

**COUNT ONE**
**Violation of Plaintiff's Civil Rights under the ADA**

13. Plaintiff realleges all allegations heretofore set forth.

14. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

15. Plaintiff intended to visit the Santa Monica area and therefore, reviewed hotel booking websites as documented in Addendum A which is by this reference incorporated herein for all purposes.

16. Plaintiff became aware that third party booking websites disclosed general availability and description of Defendant's Hotel. Third Party booking websites referenced here are more fully documented in Addendum A which is by this reference incorporated herein.

17. Third party booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

18. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

19. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented. *See* Addendum A.

20. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

21. Plaintiff thereafter reviewed Defendant's online information relating to accessibility or lack thereof, including in particular photographs of the amenities at the Hotel all as more fully documented in Addendum A.

22. Online information relating to accessibility or lack thereof disclosed architectural barriers to accessibility as more fully documented in Addendum A.

23. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

24. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

25. As a result of the deficiencies described above, Plaintiff declined to book a room at Defendant's Hotel but booked a room elsewhere.

26. The removal of accessibility barriers listed above is readily achievable.

27. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

    A. Relief described in 42 U.S.C. §2000a – 3; and

    B. Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

    C. Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

    D. Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

    E. Equitable nominal damages; and

    F. For costs, expenses and attorney's fees; and

    G. All remedies provided for in 28 C.F.R. 36.501(a) and (b).

**COUNT TWO**

**(Violation of the California Unruh Civil Rights Act, Cal. Civ. Code §§51, 52)**

28. Plaintiff realleges all allegations heretofore set forth.

29. Plaintiff intended to visit the Santa Monica area and spend a night there.

30. Plaintiff became aware that 3rd party booking websites disclosed general availability and description of Defendant's Hotel. 3rd Party booking website referenced here is more fully discussed in Addendum A which is by this reference incorporated herein.

31. 3rd party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

32. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

33. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

34. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

35. Plaintiff subsequently declined to book a room at the Hotel.

36. Defendant has violated the Unruh by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

37. Unruh provides for declaratory and monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

38. Plaintiff has been damaged by the Defendant's non-compliance with Unruh and is thereby aggrieved.

39. Pursuant to Cal Civ. Code §52, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $4,000.00 per encounter with each barrier to accessibility.

40. Pursuant to Unruh, Plaintiff is entitled to costs and expenses in an amount to be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its accommodation into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the Hotel facilities are fully accessible to, and independently usable by, disabled individuals, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d. Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the Unruh; and

e. For damages in an amount no less than $4,000.00 per encounter with barrier; and

f. For treble damages pursuant to Cal Civ. Code. §3345.

g. The provision of whatever other relief the Court deems just, equitable and appropriate.

## COUNT THREE

**(Violation of the California Disabled Persons Act, Cal. Civ. Code §§54-54.3)**

41. Plaintiff realleges all allegations heretofore set forth.

42. Defendant has violated the DPA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

43. The DPA provides for monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

44. Plaintiff has been aggrieved by the Defendant's non-compliance with the DPA.

45. Pursuant to the DPA, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $1,000.00. Cal. Civ. Code § 54.3.

46. Pursuant to the DPA, Plaintiff is entitled to costs in an amount to be proven at trial. Cal. Civ. Code § 54.3.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its facilities into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the facilities are fully accessible to, and independently usable by, disabled individuals as required by law, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d.  Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the DPA; and

e.  For damages in an amount no less than $1,000.00 per violation per encounter; and

f.  For treble damages pursuant to Cal Civ. Code. §3345.

g.  The provision of whatever other relief the Court deems just, equitable and appropriate.

**COUNT FOUR**
Negligence

47. Plaintiff realleges all allegations heretofore set forth.

48. Defendant had a duty to Plaintiff to remove ADA accessibility barriers so that Plaintiff as a disabled individual would have full and equal access to the public accommodation.

49. Defendant breached this duty.

50. Defendant is or should be aware that, historically, society has tended to isolate and segregate individuals with disabilities, and, despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem[1].

51. Defendant knowingly and intentionally participated in this historical discrimination against Plaintiff, causing Plaintiff damage.

52. Discrimination against individuals with disabilities persists in the use and enjoyment of critical public accommodations[2].

53. Defendant's knowing and intentional persistence in discrimination against Plaintiff is alleged, causing Plaintiff damage.

54. Individuals with disabilities, including Plaintiff, continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects of architectural, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria,

---

[1] 42 U.S.C. § 12101(a)(2)
[2] 42 U.S.C. §12101(a)(3)

segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities[3].

55. Defendant's knowing and intentional discrimination against Plaintiff reinforces above forms of discrimination, causing Plaintiff damage.

56. Census data, national polls, and other studies have documented that people with disabilities, as a group, occupy an inferior status in our society, and are severely disadvantaged socially, vocationally, economically, and educationally[4].

57. Defendant's knowing and intentional discrimination has relegated Plaintiff to an inferior status in society, causing Plaintiff damage.

58. The Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic self-sufficiency for such individuals[5].

59. Defendant's knowing, and intentional discrimination has worked counter to our Nation's goals of equality, causing Plaintiff damage.

60. Continued existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society is justifiably famous, and costs the United States billions of dollars in unnecessary expenses resulting from dependency and nonproductivity[6].

61. Defendant's knowing and intentional unfair and unnecessary discrimination against Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.

62. Defendant's breach of duty caused Plaintiff damages including, without limitation, the feeling of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial.

63. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and outrageous conduct.

---

[3] 42 U.S.C. §12101(a)(5)
[4] 42 U.S.C. §12101(a)(6)
[5] 42 U.S.C. §12101(a)(7)
[6] 42 U.S.C. §12101(a)(8)

64. The ADA has been the law of the land since 1991, but Defendant engaged in a conscious action of a reprehensible character, that is, Defendant denied Plaintiff his civil rights, and cause him damage by virtue of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial

65. Defendant either intended to cause injury to Plaintiff or defendant consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to Plaintiff.

66. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial sufficient, however, to deter this Defendant and others similarly situated from pursuing similar acts.

**WHEREFORE,** Plaintiff prays for relief as follows:

    A. For finding of negligence; and

    B. For damages in an amount to be proven at trial; and

    C. For punitive damages to be proven at trial; and

    D. For such other and further relief as the Court may deem just and proper.

**REQUEST FOR TRIAL BY JURY**

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

RESPECTFULLY SUBMITTED this 11th day of April, 2019.

          **PETER STROJNIK**

          Plaintiff

1

**ADDENDUM A**



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.

**Main amenities**

✓ 15 smoke free guestrooms
✓ Massage/treatment rooms
✓ Terrace
✓ Coffee/tea in a common area
✓ Air conditioning
✓ Daily housekeeping
✓ Free full breakfast, free WiFi, and free parking

✓ Garden
✓ Library
✓ Lobby fireplace
✓ Concierge services
✓ Free newspapers in the lobby
✓ Limited hour front desk

**What's around**

• Santa Monica Pier - 42 min walk
• Santa Monica Beach - 9 min walk
• Third Street Promenade - 34 min walk
• Santa Monica Place - 39 min walk
• Venice Beach - 3.3 mi / 5.3 km
• J. Paul Getty Museum - 6 mi / 9.7 km
• Santa Monica College - 4 mi / 6.4 km
• University of California Los Angeles - 9.2 mi / 14.8 km
• Sony Pictures Studios - 9.2 mi / 14.8 km
• Getty Villa - 3.1 mi / 5 km
• Venice Beach Boardwalk - 3.4 mi / 5.6 km

More about the area

## About Channel Road Inn, A Four Sisters Inn, Santa Monica

**Romantic Santa Monica Inn, with free breakfast and WiFi**

**Luxury, historical flair**
Channel Road Inn, a Four Sisters Inn, backs up to Santa Monica in the Pacific Palisades section of Santa Monica, sitting only 2 blocks north of the Pacific Coast Highway and the city's famed beach. This romantic bed and breakfast offers a relaxing vacation experience.

**Beach town with culture**
You can spend an entire day and not see enough of the respected Santa Monica Museum of Art, 3 miles from the inn. Santa Monica Pier, with its many Ferris wheel, aquarium, and shopping, is less than 2 miles away.

**Gracious service**
The inn perks don't stop at free breakfast; the hosts also offer guests a free reception complete with afternoon wine and hors d'oeuvres. You can use the free parking, and then borrow a bicycle from the inn and set out to explore Santa Monica's beaches and nature trails.

**Abundant charm**
Charming and romantic, guestrooms at Channel Road Inn make you feel at home in paradise. Rooms are individually decorated with antiques. There's premium bedding and cozy bathrobes for relaxing after a long day, and free WiFi to play the find.

### Key facts

**Hotel size**
- 15 rooms
- Arranged over 3 floors

**Arriving/leaving**
- 93% of customers were happy with check-in
- Check-in time 3 PM-10 PM
- Check-out time is 11 AM

**Required at check-in**
- Credit card or cash deposit required
- Government-issued photo ID required

### Traveling with others

**Children**
- ✓ No cots or extra beds?

**Pets**
- ✓ Pets not allowed

**Internet**
- ✓ Free WiFi in public areas
- ✓ Free WiFi in rooms

### Transportation

**Parking**
- ✓ Free self parking

**Other information**
- Smoke-free property

## At the property

| | |
|---|---|
| **Food and drink** | Free full breakfast daily    Free reception    Coffee/tea in a common area |
| **Things to do** | Bicycle rentals on site   Ecotours nearby   Golfing nearby   Hiking/biking trails nearby   Kayaking nearby   Mountain biking nearby   Sailing nearby   Scooter/moped rentals nearby   Surfing/boogie boarding nearby   Windsurfing nearby |
| **Services** | Front desk (limited hours)   Concierge services   Tours/ticket assistance   Free newspapers in lobby |
| **Facilities** | Garden   Terrace   Library   Fireplace in lobby |
| **Accessibility** | Accessible bathroom |
| **Languages Spoken** | English |

## In the room

| | |
|---|---|
| **Home comforts** | Air conditioning   Bathrobes   Iron/ironing board |
| **Sleep well** | Down comforter   Premium bedding |
| **Things to enjoy** | In-room massage available   Yard |
| **Freshen up** | Private bathroom   Shower only   Free toiletries   Hair dryer |
| **Be entertained** | Cable TV channels   DVD player |
| **Stay connected** | Free newspaper   Free WiFi   Free local calls |
| **More** | Daily housekeeping |

## Accessibility                    Accessible bathroom

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal

access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.

**Queen Guestroom - 2nd Floor Access Via Stairs Only**



1 Queen Bed
Relax - In-room massage available
Internet - Free WiFi
Entertainment - Cable channels and DVD player
Sleep - Premium bedding and a down duvet
Bathroom - Private bathroom, shower, bathrobes, and free toiletries
Practical - Free local calls, free newspaper, and iron/ironing board
Comfort - Air conditioning and daily housekeeping
Non-Smoking

Sleeps 2 people
**Bed choices**
- 1 Queen Bed

More Info: 866-539-8117

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Daily housekeeping
- Down comforter
- DVD player
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- In-room massage available
- Iron/ironing board
- Number of bathrooms -
- Premium bedding
- Private bathroom
- Shower only
- Yard

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.

**Deluxe King Guestroom - 2nd Floor Access Via Stairs Only**



1 King Bed
Relax - In-room massage available
Internet - Free WiFi
Entertainment - Cable channels and DVD player
Sleep - Premium bedding and a down duvet
Bathroom - Private bathroom, shower, bathrobes, and free toiletries
Practical - Free local calls, free newspaper, and iron/ironing board
Comfort - Air conditioning and daily housekeeping
Non-Smoking

Sleeps 2 people
**Bed choices**
- 1 King Bed

More Info: 866-539-8117

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Daily housekeeping
- Down comforter
- DVD player
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- In-room massage available
- Iron/ironing board
- Number of bathrooms -
- Premium bedding
- Private bathroom
- Shower only
- Yard

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail

to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.



**Superior Fireplace - 2nd Floor Access Via Stairs Only**

Guestroom [1/5]

1 Queen Bed
Relax - Fireplace, in-room massage available
Internet - Free WiFi
Entertainment - Cable channels and DVD player
Sleep - Premium bedding and a down duvet
Bathroom - Private bathroom, shower, bathrobes, and free toiletries
Practical - Free local calls, free newspaper, and iron/ironing board
Comfort - Air conditioning and daily housekeeping
Non-Smoking

Sleeps 2 people
**Bed choices**
- 1 Queen Bed

More Info: 866-539-8117

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Daily housekeeping
- Down comforter
- DVD player
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- In-room massage available
- Iron/ironing board
- Number of bathrooms -
- Premium bedding
- Private bathroom
- Shower only
- Yard

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.

**3RD PARTY BOOKING WEBSITE PHOTOS SHOWING ARCHITECTURAL BARRIERS**

**HOTELS.COM**



**Identification of Specific Barrier in Plain Language:** Booking website photos do not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.



| |
|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessible bathroom. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



Cozy Queen - 2nd Floor Access Via Stairs Only - Bathroom [10/69]

| **Identification of Specific Barrier in Plain Language:** Inaccessible bathroom. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



**Identification of Specific Barrier in Plain Language:** Apparently inaccessible breakfast bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.





**Identification of Specific Barrier in Plain Language:** Inaccessible route with no apparent signage to accessible route.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.



| Identification of Specific Barrier in Plain Language: Inaccessible spa tub. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



| Identification of Specific Barrier in Plain Language: Inaccessible bathroom. |
| --- |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



| | |
|---|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessible bathroom. | |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. | |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. | |



**Identification of Specific Barrier in Plain Language:** Inaccessible bed.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.



Spa Suite Guestroom - 2nd Floor Access Via Stairs Only - Bathroom   [44/69]

| |
|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessible bathroom. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



luxe King Guestroom - 2nd Floor Access Via Stairs Only - Bathroom [45/69]

| | |
|---|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessible bathroom. | |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. | |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. | |





| **Identification of Specific Barrier in Plain Language:** Inaccessible entry with no signage to accessible route. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



| **Identification of Specific Barrier in Plain Language:** Inaccessible entry with no signage to accessible route. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



| **Identification of Specific Barrier in Plain Language:** Inaccessible entry with no signage to accessible route. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



| Identification of Specific Barrier in Plain Language: Inaccessible bathroom. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |



**Identification of Specific Barrier in Plain Language:** Inaccessible buffet bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.



| Identification of Specific Barrier in Plain Language: Exposed plumbing. |
|---|
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





**Identification of Specific Barrier in Plain Language:** Inaccessible security latch.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018.

**1ST PARTY BOOKING WEBSITE**
https://www.channelroadinn.com/

## ABOUT CHANNEL ROAD INN

The Channel Road Inn was built in 1910 by architect Frank T. Kegley and is a rare West Coast example of a shingle-clad Colonial Revival home. Originally owned by Thomas McCall, a prominent local businessman, the house was moved to its current location near the beach in the Santa Monica Canyon in 1977.

After having been abandoned for years, and with the encouragement of the local historical societies, the house was lovingly restored and opened as a bed and breakfast in 1989. Although extensive renovations have been done throughout the years, the house still boasts many of the original Craftsman accents such as the massive oak front door and Batchelder tiles in the living room fireplace.

### ADMITS NON-COMPLIANCE:
> Although not 100% compliant,

## ACCESSIBLE GUESTROOMS AT CHANNEL ROAD INN

We strive to provide beautiful inns in desirable locations that are welcoming and accommodating for all individuals, including those with hearing, vision or another disability. If you have difficulty learning about or booking our hotel, we invite you to contact us via telephone or email and our friendly staff will gladly assist you.

**Channel Road Inn**
Tel: 310-459-1920
email: channelroadinn@foursisters.com

The Channel Road Inn was built in 1910. As an historic building, it was not designed with accessibility in mind. Although not 100% compliant, we have made many modifications to meet as closely as possible the ADA accessibility standards and the California Building Code.

**ACCESSIBILITY FEATURES OF THE PETITE SUITE, GUESTROOM #14:**

**GUESTROOM FEATURES:**

- Wheelchair accessible with a 36" clearance on two sides of the queen size bed, and 32" at the foot as well as clear space under the bed
- A lowered rod, iron and hooks in the closet
- A lowered peephole on the entry door
- Clear path of travel to telephone

**In addition, this guestroom meets the requirements for guests with hearing impairments:**

- A hard wired visual strobe alarm
- Alert devices for knock at door and ringing phone
- Phone with volume control
- Electrical receptacle near phone for TTY use

**ACCESSIBLE BATHROOM FEATURES:**

- A hand-held showering device in the tub/shower combination plus a removable chair
- Grab bars in the shower and around commode
- A roll up sink

**THE PETITE SUITE, GUESTROOM #4 ALSO FEATURES THE FOLLOWING:**

- Queen bed and a separate sitting room with a day bed and trundle bed
- Flat panel television
- Private bathroom with a tub & shower combination
- Two luxuriously soft robes
- Writing desk
- Ideal for families with young children

**IN ADDITION, GUESTROOM #2 ALSO MEETS THE REQUIREMENTS FOR GUESTS WITH HEARING IMPAIRMENTS:**

- A hard wired visual strobe alarm
- Alert devices for knock at door and ringing phone
- Phone with volume control
- Electrical receptacle near phone for TTY use

**CHANNEL ROAD INN PROPERTY ACCESSIBLE FEATURES:**

- Accessible parking spot
- A convenient path of travel for a wheelchair from the accessible parking spot to the dining area and guestroom
- Doors and doorways are designed to allow passage into and within the guestroom and dining area, with a width of 36"
- Service animals are always welcome at Channel Road Inn

**CHECK AVAILABILITY**

*If the accessible room is already reserved, please contact the innkeeper for assistance with other accommodations that may meet your needs.*

**ONLINE ACCESSIBILITY**

We work very hard to provide an easy-to-use online experience for all guests. We believe all of our website visitors should be able to easily research online regardless of device type and whether an individual requires assistive technology like a screen reader, font magnification, translation or voice recognition software.

To ensure this, we are committed to compliance with Level AA success criteria of the Website Content Accessibility Guidelines 2.0 (WCAG 2.0), an international standard measure of accessibility success. Our website and digital marketing has been developed after carefully parsing these particular guidelines and is continuously being enhanced to make our technology more accessible and user-friendly.

We have tested our hotel's website to ensure that we meet or exceed Level AA checkpoints of the WCAG 2.0 Standard.

If you have any questions or would like to report any issues related to the accessibility features of our hotel's website, please contact us at marketing@foursisters.com

You can learn more about W3C's Web Accessibility Initiative (WAI) HERE

This hotel website is designed to be fully accessible to all and is designed according to W3C Web Content Accessibility Guidelines (WCAG) 2.0 and conforms to most priority checkpoints which entail some of the following elements:

**NAVIGATION SHORTCUTS**

Our hotel's website can be navigated by using the tab key to traverse the elements of each page and by using the enter key to activate a highlighted link.

**STRUCTURED, SEMANTIC MARKUP**

HTML heading tags are used to convey the document structure. Navigation menus are tagged as HTML maps so that the menu title can be read out, and the menu items are presented as a group.

**IMAGES VISIBILITY**

All content images include descriptive ALT attributes and all purely decorative graphics include null ALT attributes.

**STANDARDS COMPLIANCE**

The site is designed to conform to Level AA compliance as specified by the Web Content Accessibility Guidelines. All pages validate as XHTML 1.0 and use structured semantic markup.

**ACCESSIBILITY REFERENCES**

- Web Content Accessibility Guidelines (WCAG) 2.0, which explains the reasons behind each guideline.
- Section 508, Information and news about the accessibility standards introduced by Section 508 of the Rehabilitation Act.

**ACCESSIBILITY SOFTWARE AND SERVICES**

The following tools and services are available for free to assist you with viewing and interacting with our website:

- Click Here for HTML Validator, a free service for checking that web pages conform to published HTML standards.
- Click Here for Web Page Backward Compatibility Viewer, a tool for viewing your web pages *without* a variety of modern browser features.
- Click Here for Lynx, a free text-only web browser.

**BROWSER HELP**

Optimize the way you view your web browser. If you have difficulty in reading our website on your screen, you may be able to change the settings on your browser to help you improve readability and visibility of each webpage.

Learn about the Accessibility features of these major Internet Browsers below:

- **Mozilla Firefox:** Click Here for Mozilla Firefox Accessibility Features
- **Google Chrome:** Click Here for Google Accessibility Features
- **Internet Explorer:** Click Here for Microsoft Internet Explorer Ease of Access Options
- **Apple Safari:** Click Here for Apple Accessibility Support



## ACCESSIBILITY INFORMATION

- We have had our property inspected by a California Certified Access Specialist
- We have undertaken extensive upgrades to bring the property into compliance with the ADA
- Due to its historic nature, the property however is not 100% compliant
- **Click here for the accessible guestroom**
- Please contact the manager for specific details.

## SPA SUITE

- Guestroom features a queen bed, oversized jetted spa tub and a flat panel television
- Private bathroom with a shower and two luxuriously soft robes
- Separate sitting room offers a pull-out sofa and a flat panel television
- Writing desk and alarm clock radio

Rates Range from $395 to $425, and include a **full breakfast and afternoon wine and hors d'oeuvres**

PHOTO SLIDESHOW    CHECK AVAILABILITY

[SPA SUITE]  [DELUXE KING GUESTROOMS]  [PETITE SUITE]  [QUEEN GUESTROOM]  [COZY QUEEN GUESTROOM]
[JUDGE QUEEN GUESTROOM]  [ADA ACCESSIBLE GUESTROOMS]

## SUPERIOR GUESTROOM W/ FIREPLACE

- King bed
- Gas fireplace
- Private bathroom with a tub & shower combination
- Two luxuriously soft robes
- Flat panel television
- Guestroom nine also features a private patio
- Guestroom three features a jetted spa tub and a separate shower
- Guestroom fifteen features a a private entrance and a small deck

Rates Range up to $405, and include a **full breakfast** and **afternoon wine and hors d'oeuvres**

[PHOTO SLIDESHOW]   [CHECK AVAILABILITY]

## DELUXE KING GUESTROOMS

- King bed
- Private bathroom with a tub & shower combination
- Two luxuriously soft robes
- Flat panel television
- Writing desk
- Guestroom eleven is shown above

Rates Range up to $385, and include a **full breakfast** and **afternoon wine and hors d'oeuvres**

[PHOTO SLIDESHOW]   [CHECK AVAILABILITY]

[SPA SUITE]  [SUPERIOR GUESTROOM W/ FIREPLACE]  [DELUXE KING GUESTROOMS]  [QUEEN GUESTROOM]
[COZY QUEEN GUESTROOM]  [JUDGE QUEEN GUESTROOM]  [ADA ACCESSIBLE GUESTROOMS]  [PETITE SUITE]
[SUPERIOR GUESTROOM W/ FIREPLACE]  [DELUXE KING GUESTROOMS]  [QUEEN GUESTROOM]  [COZY QUEEN GUESTROOM]
[JUDGE QUEEN GUESTROOM]  [ADA ACCESSIBLE GUESTROOMS]

## PETITE SUITE

- Queen bed and a separate sitting room with a day bed and trundle bed
- Flat panel television
- Private bathroom with a tub & shower combination
- Two luxuriously soft robes
- Writing desk
- Ideal for families with young children

Rates Range up to $385, and include a **full breakfast** and **afternoon wine and hors d'oeuvres**.

[PHOTO SLIDESHOW]   [CHECK AVAILABILITY]

## QUEEN GUESTROOM

- Queen bed
- Private bathroom
- Two luxuriously soft robes
- Flat panel television
- Writing desk
- Guestroom two shown above

Rates Range up to $325, and include a **full breakfast and afternoon wine and hors d'oeuvres**

**PHOTO SLIDESHOW**    **CHECK AVAILABILITY**

## COZY QUEEN GUESTROOM

- Queen bed
- Private bathroom with a tub & shower combination
- Two luxuriously soft robes
- Flat panel television

Rates Range up to $275, and include a **full breakfast and afternoon wine and hors d'oeuvres**

**PHOTO SLIDESHOW**    **CHECK AVAILABILITY**

## BUDGET QUEEN GUESTROOM

- Queen bed
- Private bathroom with a tub & shower combination
- Two luxuriously soft robes
- Flat panel television
- Please know this is a small room at just 11' X 10' and is located through an outside entrance, behind the main building

Rates Range up to $250, and include a full breakfast and afternoon wine and hors d'oeuvres

**PHOTO SLIDESHOW**    **CHECK AVAILABILITY**

---

**Identification of Specific Barrier in Plain Language:**

1. Booking website admits non-compliance:

> Although not 100% compliant,

2. Booking website discloses that the accessible rooms are not properly dispersed among several categories of rooms.

| 3. Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| --- |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about December 7, 2018. |

**END**



PRIORITY MAIL

★ M

Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016

DATE O

USPS TI

INSURA

PICKUP

* Domesti

$ 400

United States District Court
Clerks Office
Central District of California
350 West First Street
Los Angeles, CA 90012

RECEIVED
CLERK U.S. DISTRICT COURT
APR 1 5 2019
CENTRAL DISTRICT OF CALIFORNIA

EXPECTED DELIVERY DAY: 04/13/19
USPS TRACKING NUMBER

9505 5126 9089 9101 2853 28

U.S. POSTAGE PAID
PM 3-DAY
PHOENIX, AZ
85021
APR 11 19
AMOUNT
$7.35
R2305K137598-15

P S00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®