1
2
3
4
5

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant FOUR SISTERS INNS, INC.

6
7

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETER STROJNIK,

               Plaintiff,

vs.

FOUR SISTERS INNS, INC DBA CHANNEL ROAD INN

               Defendant.

Case No. 19-cv-02991-0DW-JEM

**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)**

Date:  June 24, 2019
Courtroom: 5D
Time: 1:30 p.m.

Hon. Otis D. Wright II

Complaint filed: April 18, 2019

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on June 24, 2019, or as soon thereafter as the matter may be heard in the Courtroom 5D of the above-entitled court, located at First Street Courthouse, 350 w. 1st Street, Los Angeles, CA. 90012, FOUR SISTERS INN, INC., ("Defendant") will and hereby does move the Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

This motion is brought on the grounds that Peter Strojnik ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act and Disabled Persons Act claims. Additionally, Plaintiff fails to state a claim upon which relief can be granted, and pleads punitive damages for a negligence cause of action, which Defendant requests to be stricken.

This Motion is exempt from Local Rule 7-3 by Local Rule 16-12. However, Defendant has previously served the same Motion on Plaintiff in *Strojnik v. 574 Escuela, LLC*, N.D.Cal. Case No. 18-cv-06777-JD – a case in which the identical claims are being made and therefore, Mr. Strojnik is fully aware of the grounds for this Motion and has instead, filed yet another Complaint with the same defects.[1]

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: May 15, 2019            By:_____
                                      Philip H. Stillman, Esq.
                              Attorneys for defendant FOUR SISTERS INN, INC.

---

[1] This Motion was taken under submission by the Court on May 3, 2019.

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on May 15, 2019 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss and Memorandum of Points and Authorities was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*

Attorneys for FOUR SISTERS INN, INC.