UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PETER STROJNIK, Sr.,

    Plaintiff - Appellant,

v.

FOUR SISTERS INNS, INC., DBA Channel Road Inn,

    Defendant - Appellee.

No. 19-56523

D.C. No. 2:19-cv-02991-ODW-JEM
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered June 26, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Rhonda Roberts
    Deputy Clerk
    Ninth Circuit Rule 27-7